UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
OLENICK, EVELYN M. § Case No. 05-49592 KW
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MARK A. BEATRICE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/MARK A. BEATRICE_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | GMAC 2740 Arthur Street Roseville, MN 55113-1303 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | George L. White, IV, Esq. 600 Wick Building Youngstown, OH 44503 | | | | | |
| | Home Savings & Loan Company PO Box 1111 Youngstown, OH 44501-1111 | | | | | |
| | CORTLAND SAVINGS AND BANKING COMPAN | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BEATRICE, MARK A. | | | | | |
| BEATRICE, MARK A. | | | | | |
| MRSC INSURANCE PARTNERS | | | | | |
| MRSC INSURANCE PARTNERS | | | | | |
| MRSC INSURANCE PARTNERS, LLC | | | | | |
| MYERS-REESE INSURANCE AGENCY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

05-49592-kw    Doc 35    FILED 10/22/10    ENTERED 10/22/10 10:04:27    Page 5 of 14

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brent E. Baker, Esq. Newman, Olson, Kerr 11 Federal Plaza West Suite 1200 Youngstown, OH 4503 | | | | | |
| | Capital One Bankruptcy Dept. PO Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Capital One Bankruptcy Dept. PO Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Chase Account Inquiries PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Account Inquiries PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citicards PO Box 183054 Columbus, OH 43218 | | | | | |
| | Citicards PO Box 183065 Columbus, OH 43218 | | | | | |
| | Cortland Savings & Banking Comany 194 Main Street Cortland, OH 44410 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover PO Box 15316 Wilmington, DE 19850-5316 | | | | | |
| | First National Bank of Omaha PO Box 2951 Omaha, NE 68103-2951 | | | | | |
| | First National Bank of Omaha PO Box 2951 Omaha, NE 68103-2951 | | | | | |
| | Javitch Block & Rathbone 1300 East 9th St. 14th Floor Cleveland, OH 44114-1503 | | | | | |
| | Javitch Block & Rathbone 1300 East 9th St. 14th Floor Cleveland, OH 44114-1503 | | | | | |
| | Key Bank PO Box 142319 Irving, TX 75014-2319 | | | | | |
| | Key Bank PO Box 9004 Des Moines, IA 50368 | | | | | |
| | MBNA America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | True Logic Financial Corporation 7100 E. Bellview Avenue Suite 308 Englewood, CO 80111-1634 | | | | | |
| 000001 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000003 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000002 | FIA CARD SERVICES, N. A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

| Case No: | 05-49592 | KW | Judge: Kay Woods | Trustee Name: | MARK A. BEATRICE |
| Case Name: | OLENICK, EVELYN M. | | | Date Filed (f) or Converted (c): | 10/15/05 (f) |
| | | | | 341(a) Meeting Date: | 12/20/05 |
| For Period Ending: | 10/12/10 | | | Claims Bar Date: | 03/04/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6525 Applewood Blvd., Youngstown, OH | 110,000.00 | 2,908.00 | OA | 0.00 | FA |
| 2. 3700 VIlla Marie, Lowellville, OH (1/3 ownership) | 17,000.00 | 1.00 | | 10,000.00 | FA |
| Debtor jointly owned this undeveloped real property. | | | | | |
| 3. CHECKING ACCT. - KEY BANK | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS & FURNISHINGS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5. CLOTHING | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. JEWELRY | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7. JOHN HANCOCK VARIABLE LIFE INS. POLICIES | Unknown | 0.00 | DA | 0.00 | FA |
| 8. BUTLER WICK MUTUAL FUND ACCT. | 10,990.00 | 10,000.00 | | 12,107.04 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 171.35 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $144,490.00 | $12,909.00 | | $22,278.39 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE LIQUIDATED DEBTOR'S MUTUAL FUNDS AT BUTLER WICK AND RECENTLY COMPROMISED DEBTOR'S INTEREST IN UNDEVELOPED LAND WITH CARVE OUT FROM LIENHOLDER.

Initial Projected Date of Final Report (TFR): 03/30/07     Current Projected Date of Final Report (TFR): 06/30/10

/s/ MARK A. BEATRICE
_____     Date: 10/12/10
MARK A. BEATRICE

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-49592 -KW | | Trustee Name: | MARK A. BEATRICE |
|---|---|---|---|---|
| Case Name: | OLENICK, EVELYN M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0861 MONEY MARKET - INTEREST |
| Taxpayer ID No: | *******9249 | | | |
| For Period Ending: | 10/12/10 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/06 | 8 | Butler Wick & Co., Inc. | | 1129-000 | 12,107.04 | | 12,107.04 |
| 09/29/06 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.63 | | 12,110.67 |
| 10/31/06 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.29 | | 12,120.96 |
| 11/30/06 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.96 | | 12,130.92 |
| 12/22/06 | 000101 | MYERS-REESE INSURANCE AGENCY | PRO RATA BOND PREMIUM | 2300-000 | | 15.29 | 12,115.63 |
| | | 31500 Bainbridge Road, #5 | PRO RATA BOND PREMIUM | | | | |
| | | Solon, OH  44139 | | | | | |
| 12/29/06 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.30 | | 12,125.93 |
| 01/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.30 | | 12,136.23 |
| 02/28/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.31 | | 12,145.54 |
| 03/30/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.31 | | 12,155.85 |
| 04/30/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.99 | | 12,165.84 |
| 05/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.33 | | 12,176.17 |
| 06/29/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.00 | | 12,186.17 |
| 07/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.35 | | 12,196.52 |
| 08/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.36 | | 12,206.88 |
| 09/28/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 7.77 | | 12,214.65 |
| 10/31/07 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 7.78 | | 12,222.43 |
| 11/30/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 6.53 | | 12,228.96 |
| 12/20/07 | 000102 | MRSC INSURANCE PARTNERS, LLC | PRO RATA BOND PREMIUM | 2300-000 | | 13.33 | 12,215.63 |
| | | 31500 Bainbridge Road, Suite 5 | PRO RATA BOND PREMIUM | | | | |
| | | Solon, OH  44139 | | | | | |
| 12/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 5.84 | | 12,221.47 |
| 01/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 4.84 | | 12,226.31 |
| 02/29/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 2.91 | | 12,229.22 |
| 03/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.89 | | 12,232.11 |
| 04/30/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.51 | | 12,234.62 |
| 05/30/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.55 | | 12,236.17 |

Page Subtotals   12,264.79   28.62

Ver: 16.00

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-49592 -KW | | Trustee Name: | MARK A. BEATRICE |
| Case Name: | OLENICK, EVELYN M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0861 MONEY MARKET - INTEREST |
| Taxpayer ID No: | *******9249 | | | |
| For Period Ending: | 10/12/10 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.50 | | 12,237.67 |
| 07/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.55 | | 12,239.22 |
| 08/29/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.55 | | 12,240.77 |
| 09/30/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.51 | | 12,242.28 |
| 10/31/08 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.19 | | 12,243.47 |
| 11/28/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.00 | | 12,244.47 |
| 12/30/08 | 000103 | MRSC INSURANCE PARTNERS, LLC | PRO RATA BOND PREMIUM | 2300-000 | | 13.95 | 12,230.52 |
| | | 31500 Bainbridge Road, Suite 5 | PRO RATA BOND PREMIUM | | | | |
| | | Solon, OH 44139 | | | | | |
| 12/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.62 | | 12,231.14 |
| 01/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,231.24 |
| 02/27/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,231.33 |
| 03/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,231.44 |
| 04/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 12,231.71 |
| 05/29/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,232.02 |
| 06/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,232.32 |
| 07/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,232.63 |
| 08/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,232.94 |
| 09/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,233.24 |
| 10/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,233.55 |
| 11/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,233.85 |
| 12/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,234.16 |
| 01/14/10 | 000104 | MRSC INSURANCE PARTNERS, LLC | PRO RATA BOND PREMIUM | 2300-000 | | 15.86 | 12,218.30 |
| | | 31500 Bainbridge Rd., Suite 5 | PRO RATA BOND PREMIUM | | | | |
| | | Solon, OH 44139 | | | | | |
| 01/29/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,218.61 |
| 02/26/10 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 12,218.89 |
| 03/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,219.20 |
| 04/26/10 | 2 | EVELYN M. OLENICK | Liquidation of Real Property | 1110-000 | 10,000.00 | | 22,219.20 |

Page Subtotals 10,012.84 29.81

Ver: 16.00

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: 05-49592 -KW | Trustee Name: MARK A. BEATRICE |
| Case Name: OLENICK, EVELYN M. | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******0861 MONEY MARKET - INTEREST |
| Taxpayer ID No: *******9249 | |
| For Period Ending: 10/12/10 | Blanket Bond (per case limit): $ 1,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Nadler Nadler & Burdman Co., LPA | | | | | |
| | | 20 West Federal St., Suite 600 | | | | | |
| | | Youngstown, OH  44503 | | | | | |
| 04/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 22,219.52 |
| 05/14/10 | 000105 | Cortland Savings and Banking Company | SECURED CLAIM DISTRIBUTION | 4110-000 | | 5,000.00 | 17,219.52 |
| | | 194 Main Street | | | | | |
| | | Cortland, OH  44410 | | | | | |
| 05/27/10 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.44 | | 17,219.96 |
| 05/27/10 | | Transfer to Acct #*******1821 | Final Posting Transfer | 9999-000 | | 17,219.96 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 22,278.39 | 22,278.39 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 17,219.96 | |
| Subtotal | | 22,278.39 | 5,058.43 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 22,278.39 | 5,058.43 | |

Page Subtotals     0.76     22,219.96

Ver: 16.00

LFORM24

05-49592-kw    Doc 35    FILED 10/22/10    ENTERED 10/22/10 10:04:27    Page 12 of 14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-49592 -KW | | Trustee Name: | MARK A. BEATRICE |
| Case Name: | OLENICK, EVELYN M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1821 CHECKING NONINTEREST |
| Taxpayer ID No: | *******9249 | | | |
| For Period Ending: | 10/12/10 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/10 | | Transfer from Acct #*******0861 | Transfer In From MMA Account | 9999-000 | 17,219.96 | | 17,219.96 |
| 08/09/10 | 001000 | MARK A. BEATRICE, TRUSTEE<br>201 E. COMMERCE STREET<br>ATRIUM LEVEL TWO<br>YOUNGSTOWN, OHIO 44503 | TRUSTEE'S FEE/EXPENSE | | | 3,324.42 | 13,895.54 |
| | | | Fees    2,977.84 | 2100-000 | | | 13,895.54 |
| | | | Expenses    346.58 | 2200-000 | | | 13,895.54 |
| 08/09/10 | 001001 | Discover Bank/DFS Services LLC<br>POB 3025<br>New Albany Ohio 43054 | | 7100-000 | | 4,019.78 | 9,875.76 |
| 08/09/10 | 001002 | FIA Card Services, N. A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | (2-1) 7394 | 7100-000 | | 5,553.91 | 4,321.85 |
| 08/09/10 | 001003 | ECAST SETTLEMENT CORPORATION<br>ASSIGNEE OF<br>CHASE BANK USA NA<br>POB 35480<br>NEWARK NJ 07193-5480 | (3-2) AMENDING CLAIM TO UPDATE BALANCE INFORMATION AND ADD DOCUMENTATION | 7100-000 | | 4,321.85 | 0.00 |

Page Subtotals    17,219.96    17,219.96

Ver: 16.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-49592 -KW | | Trustee Name: | MARK A. BEATRICE |
|---|---|---|---|---|
| Case Name: | OLENICK, EVELYN M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1821  CHECKING NONINTEREST |
| Taxpayer ID No: | *******9249 | | | |
| For Period Ending: | 10/12/10 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,219.96 | 17,219.96 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 17,219.96 | 0.00 | |
| | | | Subtotal | | 0.00 | 17,219.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 17,219.96 | |

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - INTEREST ACCOUNTS - ********0861 | 22,278.39 | 5,058.43 | 0.00 |
| CHECKING NONINTEREST ACCOUNTS - ********1821 | 0.00 | 17,219.96 | 0.00 |
| | 22,278.39 | 22,278.39 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 16.00

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

05-49592-kw    Doc 35    FILED 10/22/10    ENTERED 10/22/10 10:04:27    Page 14 of 14
